11092215
7.72

**MORRIS L. HORWITZ**
**Chapter 7 United States Trustee in Bankruptcy**
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

August 3, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

Re:  BOTTITA, STEPHEN T.   09-14158-B
     Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $_7.72. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    X    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| GE Money Bank/LOWES | $4.77 | Claims Register #7 |
| GE Money Bank/OLD NAVY | $2.95 | Claims Register #8 |



Morris L. Horwitz, Trustee